IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **LINYI CHENGEN IMPORT AND EXPORT CO., LTD.,**<br><br>　　　　Plaintiff,<br><br>　and<br><br>**CELTIC CO., LTD.,** *et al.***,**<br><br>　　　　Consolidated Plaintiffs,<br><br>　and<br><br>**TARACA PACIFIC, INC.,** *et al.***,**<br><br>　　　　Plaintiff-Intervenors,<br><br>　v.<br><br>**UNITED STATES,**<br><br>　　　　Defendant,<br><br>　and<br><br>**COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,**<br><br>　　　　Defendant-Intervenor. | Before: Hon. Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 18-00002 |

## **NOTICE OF APPEAL**

Notice is hereby given that Coalition for Fair Trade in Hardwood Plywood, Defendant-Intervenor in the above-named action, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Linyi Chengen Import and Export Co., Ltd. V. United States*, Consol. Ct. No. 18-00002, slip op. 23-147 (Ct. Int'l Trade Oct. 10, 2023), ECF No, 244, Judgment, Ct. No. 18-00002 (Ct. Int'l Trade Oct. 10, 2023), ECF No. 245.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Stephanie M. Bell, Esq.
Jeffrey O. Frank, Esq.
Elizabeth S. Lee, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel for Coalition for Fair Trade in Hardwood Plywood*

Dated: December 8, 2023

2