A-570-051
Remand
Linyi Chengen Consol. Court No. 18-00002
POI: 04/01/2016 – 09/30/2016
**Public Document**
E&C/OV: KJA

***Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, Consol. Court No. 18-00002 (CIT July 8, 2026)**
**Certain Hardwood Plywood Products from the People's Republic of China**

# FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND

## I. SUMMARY

The U.S. Department of Commerce (Commerce) has prepared these final results of redetermination in accordance with the remand order of the U.S. Court of International Trade (CIT) in *Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, Consol. Court No. 18-00002 (CIT July 8, 2026) (*Remand Order VI*) and *Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, Consol. Court No. 18-00002 (CIT October 5, 2026) (*Remand Order VI-2*) (ECF No. 272). These final results of redetermination concern Commerce's less-than-fair-value investigation of certain hardwood plywood products (plywood) from the People's Republic of China (China) and the estimated weighted-average dumping margin assigned to the individually examined and non-individually-examined companies that demonstrated they were eligible for a separate rate and that are party to this litigation (identified either directly or via their importer(s) that are party to this litigation). The CIT remanded Commerce's determination for further proceedings in conformity with the U.S. Court of Appeals for the Federal Circuit's (Federal Circuit)) opinion in *Chengen Fed. Cir.*[1] In that opinion, the Federal Circuit ordered the CIT to "direct Commerce to apply a dumping rate of 183.36 {percent} to {Linyi Chengen Import

[1] *See Linyi Chengen Imp. & Exp. Co. v. United States*, 174 F.4th 1351 (Fed. Cir. 2026) (*Chengen Fed. Cir.*).

and Export Co. Ltd. (Chengen)} and the non-mandatory respondents."[2] The Federal Circuit also affirmed the CIT's decision "upholding Commerce's exclusion of {Dehua TB Import & Export Co., Ltd. (Dehua TB)} and {Xuzhou Jiangyang Wood Industries Co., Ltd. (Jiangyang Wood)} from the all-others rate."[3]

In accordance with the Federal Circuit's decision, Commerce is reinstating the estimated antidumping duty margin calculated for Chengen in the underlying less-than-fair-value investigation (*i.e.*, 183.36 percent) and assigning it to Chengen and certain non-mandatory respondents, as directed by *Chengen Fed. Cir.,*[4] as well as to the China-wide entity, in accordance with our practice.[5] In addition, pursuant to the *Remand Order VI*-2, we are excluding Dehua TB and Jiangyang Wood, in combination with their producers, from the *Order*, under respectful protest.[6]

## II. BACKGROUND

On December 16, 2016, Commerce published the notice of initiation of a less-than-fair-value investigation on plywood from China,[7] and published its *Final Determination* on November 16, 2017.[8] In the *Final Determination*, Commerce calculated the normal value for mandatory respondent Chengen by applying the intermediate-input methodology with respect to the valuation of Chengen's production of wood veneers (a downstream input produced from

[2] *Id.*, 174 F.4th at 1367.
[3] *Id.*
[4] *Id.*
[5] *See, e.g.*, *Certain Hardwood Plywood Products from the People's Republic of China: Final Determination of Sales at Less Than Fair Value, and Final Affirmative Determination of Critical Circumstances, in Part*, 82 FR 53460, 53461-62 (November 16, 2017) (*Final Determination*), and accompanying Issues and Decision Memorandum (IDM).
[6] *See Viraj Group, Ltd. v. United States*, 343 F.3d 1371, 1376 (Fed. Cir. 2003) (*Viraj*).
[7] *See Certain Hardwood Plywood Products from the People's Republic of China: Initiation of Less-Than-Fair-Value Investigation*, 81 FR 91125 (December 16, 2016).
[8] *See Final Determination*.

logs),[9] rather than by valuing Chengen's reported factors of production for the logs themselves.[10] In the *Final Determination*, Commerce calculated an estimated weighted-average dumping margin of 183.36 percent for Chengen.[11] Commerce further assigned to the companies eligible for a separate rate, as well as to the China-wide entity, a margin based on the dumping margin calculated for Chengen.[12]

In *Remand Order I*, the CIT highlighted its concern with two evidentiary issues: (1) conflicting accounts between Commerce and Chengen regarding whether the conversion table and formula Chengen used to calculate its log consumption volume were from the Chinese National Standard and whether they yielded accurate log volumes; and (2) whether the record contains sources, independent of documents generated by Chengen itself, to validate Chengen's reported log consumption.[13] Although on remand, Commerce provided additional explanation,[14] the CIT concluded that Commerce's position was contrary to law and instructed Commerce to "accept the previously-rejected documents {related to the log volume calculation}."[15]

---

[9] Commerce's general practice in non-market economy proceedings, consistent with section 773(c)(1)(B) of the Tariff Act of 1930, as amended (the Act), is to calculate normal value using the factors of production that a respondent consumes to produce a unit of the subject merchandise. There are circumstances, however, in which Commerce will modify its standard factors of production methodology, choosing instead to apply a surrogate value to an intermediate input instead of the individual factors of production used to produce that intermediate input, as Commerce did here. *See Final Determination* IDM at Comment 2.

[10] *See Final Determination* IDM at Comment 2; *see also Certain Hardwood Plywood Products from the People's Republic of China: Amended Final Determination of Sales at Less Than Fair Value, and Antidumping Duty Order*, 83 FR 504 (January 4, 2018) (*Order*).

[11] *See Order*, 83 FR at 505.

[12] *Id.*, 83 FR at 505-512.

[13] *See Linyi Chengen Imp. & Exp. Co. v. United States*, 391 F.Supp.3d 1283, 1294 (CIT 2019) (*Remand Order I*); *see also Final Results of Redetermination Pursuant to Court Remand, Linyi Chengen Import and Export Co., Ltd., et al. v. United States, Court No. 18-00002*, Slip Op. 19-67 (CIT June 3, 2019), dated August 23, 2019 (*Final Redetermination I*), available at https://access.trade.gov/FinalRemandRedetermination.

[14] *See Final Redetermination I* at 4-32.

[15] *See Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, 433 F.Supp.3d 1278, 1286 (CIT 2020), at 14.

On remand and under respectful protest,[16] Commerce complied with the CIT's order,[17] and, using this information, we reconsidered the application of the intermediate-input methodology to Chengen. In our *Final Redetermination II*, we calculated an estimated weighted-average dumping margin based on the valuation of Chengen's log factors of production, which resulted in a revised dumping margin for Chengen of zero percent,[18] as well as revised dumping margins for the China-wide entity and the separate-rate companies participating in this litigation (also referred to as the non-mandatory respondents)[19] of 114.72 percent[20] and 57.36 percent,[21] respectively.

---

[16] *See Viraj*, 343 F.3d at 1376

[17] *See Final Results of Redetermination Pursuant to Court Remand, Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, Court No. 18-00002, Slip Op. 20-22 (CIT February 20, 2020), dated June 18, 2020 (*Final Redetermination II*), available at https://access.trade.gov/FinalRemandRedetermination; *see also* Memorandum, "Requesting 12-page Document Rejected at Verification Pursuant to Court Order and Comments on Such Information," dated March 4, 2020.

[18] *See Final Redetermination II*; *see also* Memorandum, "Antidumping Duty Investigation of Certain Hardwood Plywood Products from the People's Republic of China: Draft Redetermination Analysis Memorandum for Linyi Chengen Import and Export Co., Ltd.," dated April 22, 2020.

[19] In its *Remand Order III*, the CIT refers to the following parties as "Separate Rate Plaintiffs": Dehua TB; Highland Industries, Inc.; Jiashan Dalin Wood Industry Co.; Happy Wood Industrial Group Co.; Jiangsu High Hope Arser Co.; Suqian Yaorun Trade Co.; Yangzhou Hanov International Co.; G.D. Enterprise, Ltd.; Deqing China-Africa Foreign Trade Port Co.; Pizhou Jin Sheng Yuan International Trade Co.; Xuzhou Shuiwangxing Trading Co.; Cosco Star International Co.; Linyi City Dongfang Jinxin Economic & Trade Co.; Linyi City Shenrui International Trade Co.; Jiangsu Qianjiuren International Trading Co.; Qingdao Top P&Q International Corp.; Celtic Co.; Anhui Hoda Wood Co.; Far East American, Inc.; Jiaxing Gsun Import & Export Co.; Jiaxing Hengtong Wood Co.; Linyi Evergreen Wood Co.; Linyi Glary Plywood Co.; Linyi Jiahe Wood Industry Co.; Linyi Linhai Wood Co.; Linyi Hengsheng Wood Industry Co.; Linyi Huasheng Yongbin Wood Co.; Linyi Mingzhu Wood Co.; Linyi Sanfortune Wood Co. (Sanfortune); Qingdao Good Faith Import & Export Co.; Shanghai Futuwood Trading Co.; Shandong Qishan International Trading Co.; Suining Pengxiang Wood Co.; Suqian Hopeway International Trade Co.; Suzhou Oriental Dragon Import & Export Co.; Xuzhou Andefu Wood Co.; Jiangyang Wood; Xuzhou Longyuan Wood Industry Co.; Xuzhou Pinlin International Trade Co.; Xuzhou Shengping Import & Export Co.; Xuzhou Timber International Trade Co.; Taraca Pacific, Inc.; Canusa Wood Products, Ltd.; Concannon Corp. d/b/a Concannon Lumber Co.; Fabuwood Cabinetry Corp.; Holland Southwest International, Inc.; Liberty Woods International, Inc.; Northwest Hardwoods, Inc.; Richmond International Forest Products, LLC; and USPLY, LLC. Hereafter, we also refer to these companies collectively as the "Separate Rate Plaintiffs."

[20] *See Final Redetermination II* at 15 and Issue 3; *see also* Petitioner's Letter, "Certain Hardwood Plywood Products from the People's Republic of China: Petitions for the Imposition of Antidumping and Countervailing Duties," dated November 18, 2016 (Petition). The petitioner is the Coalition for Fair Trade in Hardwood Plywood.

[21] *See Final Redetermination II* at 16, 17, 52 and Attachment. The separate rate is the simple average of the rates determined for Chengen and the China-wide entity. The methodology for calculating this rate is also discussed in the *Preliminary Determination* in the less-than-fair-value investigation. *See Certain Hardwood Plywood Products from the People's Republic of China: Preliminary Affirmative Determination of Sales at Less Than Fair Value, Preliminary Affirmative Determination of Critical Circumstances, in Part*, 82 FR 28629 (June 23, 2017) (*Preliminary Determination*), and accompanying Preliminary Decision Memorandum (PDM) at 21.

In *Remand Order III*, the CIT sustained Commerce's revised determination with respect to Chengen, but in that opinion, as well as in two subsequent opinions, it held that the rate assigned to the non-mandatory respondents was not in accordance with law.[22] Ultimately, in *Final Redetermination V*, Commerce assigned to the Separate Rate Plaintiffs, under protest, Chengen's rate of zero percent.[23] In addition, consistent with another ruling by the Federal Circuit in a situation where companies that submitted information required of potential voluntary respondents and were assigned zero percent dumping margins in less-than-fair-value investigations,[24] we determined to assign Chengen's zero percent dumping margin to the companies that requested voluntary respondent status and submitted all questionnaire responses, *i.e.*, Jiangyang Wood and Dehua TB, and as a result, excluded the companies from the *Order*. On October 10, 2023, the CIT sustained *Final Redetermination V*.[25]

Commerce and the petitioner appealed the CIT's final ruling. On April 29, 2026, the Federal Circuit "affirm{ed} the Trade Court's decision upholding Commerce's exclusion of Jiangyang Wood and Dehua TB from the all-others rate"[26] and ordered the CIT to "direct Commerce to apply a dumping rate of 183.36% to {Chengen} and the non-mandatory respondents."[27]

---

[22] *See Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, 487 F.Supp.3d 1349 (CIT 2020) (*Remand Order III*); *Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, 539 F.Supp.3d 1269 (CIT 2021) (*Remand Order IV*); and *Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, 609 F.Supp.3d 1392 (CIT 2022) (*Remand Order V*).
[23] *See Final Results of Redetermination Pursuant to Court Remand, Linyi Chengen Import and Export Co., Ltd., et al. v. United States, Consol. Court No. 18-00002*, Slip Op. 22-150 (CIT December 21, 2022) dated March 17, 2023 (*Final Redetermination V*).
[24] *See Changzhou Hawd Flooring Co. v. United States*, 947 F.3d 781 (Fed. Cir. 2020) (*Changzhou Hawd 2020*).
[25] *See Final Redetermination V*.
[26] *See Chengen Fed. Cir.*, 174 F.4th at 1367.
[27] *Id*., 174 F.4th at 1368

On July 8, 2026, the CIT remanded the case to Commerce "for further proceedings in conformity with the Federal Circuit's opinion."[28] On August 26, 2026, Commerce issued its Draft Remand Redetermination,[29] wherein it reinstated the estimated antidumping duty margin calculated for Chengen in the underlying less-than-fair-value investigation (*i.e.*, 183.36 percent) and assigned it to Chengen and the non-mandatory respondents, as directed by *Chengen Fed. Cir.,*[30] as well as to the China-wide entity, in accordance with our practice.[31] In this redetermination, Commerce considered Dehua TB and Jiangyang Wood to be non-mandatory respondents, given that we had not as analyzed their voluntary responses or calculated individual rates for them.[32]

On August 30, 2026, the petitioner,[33] Dehua TB,[34] and Jiangyang Wood[35] submitted comments on the Draft Remand Redetermination. In consideration of the comments submitted by interested parties and *Chengen Fed. Cir.*, Commerce filed a motion to extend the deadline to complete these final results of redetermination in order to accept Dehua TB and Jiangyang Wood as voluntary respondents and solicit the information necessary to calculate individual margins for

[28] *See Remand Order VI*.
[29] *See* Draft Results of Redetermination Pursuant to Court Remand, *Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, Consol. Court No. 18-00002 (CIT July 8, 2026) dated August 26, 2026 (Draft Remand Redetermination).
[30] *See Chengen Fed. Cir.*, 174 F.4th at 1367.
[31] *See, e.g.*, *Final Determination*, 82 FR at 53461-62.
[32] *See* Draft Remand Redetermination.
[33] *See* Petitioner's Letter, "Comments on Draft Remand," dated August 31, 2026 (Petitioner's Comments).
[34] *See* Dehua TB's Letter, "Comments on Draft Results of Redetermination Pursuant to Court Order in Linyi Chengen Import and Export Co., Ltd., et al. v. United States, Consol. Court No. 18-00002," dated August 30, 2026 (Dehua TB's Comments).
[35] *See* Jiangyang Wood's Letter, "CIT Case No. 18-00002: Linyi Chengen Import and Export Co., Ltd., et al v. United States; Court Order dated July 8, 2026 Comments on Sixth Remand Results," dated August 31, 2026 (Jiangyang Wood's Comments).

the two companies.[36] The CIT granted Commerce's motion and established a new deadline of May 7, 2027, for the final results of redetermination.[37]

Thereafter, Jiangyang Wood filed an opposition to Commerce's motion, and Dehua TB filed a notice of joinder in opposition to the motion.[38] The CIT responded in *Remand Order VI-2*, denying Commerce's motion for an extension of time and directing Commerce to exclude Dehua TB and Jiangyang Wood.[39]

## III. DISCUSSION

### A. *Federal Circuit Chengen Opinion* and *Remand Order VI*

As noted above, on April 29, 2026, the Federal Circuit reversed the CIT decision, in part. Specifically, the Federal Circuit stated:

> Commerce's use of the intermediate input methodology is supported by substantial evidence. We reverse the Trade Court's determination to the contrary. Accordingly, we remand to the Trade Court for it to direct Commerce to apply a dumping rate of 183.36% to Chengen and the non-mandatory respondents.[40]

However, the Federal Circuit also separately addressed the CIT's holding with respect to Dehua TB and Jiangyang Wood, stating:

> The Trade Court approved Commerce's exclusion of two non-mandatory respondents, Jiangyang {Wood} and Dehua TB, from the all-others rate based on those entities achieving voluntary respondent status. So do we.[41]

In a footnote to this passage, the Federal Circuit stated:

> Only the Coalition contends that the Trade Court's exclusion was error; Chengen and Dehua TB support the Court's decision. The government, Richmond International, and Taraca Pacific take no position on the issue.[42]

---

[36] *See Remand Order VI-2* at 5 and 8.
[37] *See Linyi Chengen Import and Export Co., Ltd., et al. v. United States,* Consol. Court No. 18-00002 (CIT September 4, 2026).
[38] *See Remand Order VI-2* at 6.
[39] *Id.,* at 9-10.
[40] *See Chengen Fed. Cir.*, 174 F.4th at 1367.
[41] *Id.*
[42] *Id.*, 174 F.4th at 1378 n10.

The Federal Circuit concluded by ruling:

> Accordingly, we affirm the Trade Court's decision upholding Commerce's exclusion of Jiangyang and Dehua TB from *the all-others rate*.[43]

On July 8, 2026, the CIT remanded the case to Commerce "for further proceedings in conformity with the Federal Circuit's opinion" and set a deadline of September 4, 2026, for filing the redetermination with the Court.[44] Thereafter, the CIT revised the deadline to October 26, 2026.[45]

**B. Analysis**

*1. Reinstatement of Rates in the Final Determination*

In accordance with the Federal Circuit's decision, and except as discussed further below, we are reinstating the dumping margin calculated for Chengen and assigned to the non-mandatory respondents (as well as the China-wide entity) in the underlying less-than-fair-value investigation of 183.36 percent.[46] Consistent with the *Final Determination*, Commerce calculated Chengen's margin of 183.36 percent using the intermediate-input methodology and assigned the rate calculated for Chengen to the non-mandatory respondents.[47] In addition, we based the rate for the China-wide entity (which includes mandatory respondent Bayley) on adverse facts available, pursuant to sections 776(a) and (b) of the Act, and assigned to the entity the rate of 183.36 percent, which is the highest calculated dumping margin of any respondent in the investigation.[48]

---

[43] *Id.*, 174 F.4th at 1368 (the all-others rate, or separate rate in this case). (emphasis added)
[44] *See Remand Order VI*.
[45] *See Remand Order VI-2* at 10.
[46] *See Chengen Fed. Cir.*, 174 F.4th at 1367.
[47] *See Final Determination* IDM at 7-8 and Comment 1; *see also* Attachment for the applicable exporter/producer combinations.
[48] *See Final Determination*, 82 FR at 53461-62; *see also Final Determination* IDM at 7-8.

*2. Non-Mandatory Respondents Requesting Voluntary Respondent Status*

*The Federal Circuit's Order and Remand Order VI-2*

As noted above, the Federal Circuit remanded to the CIT to "direct Commerce to apply a dumping rate of 183.36{percent} to Chengen *and the non-mandatory respondents*" (emphasis added).[49] Elsewhere in its opinion, including in the very next sentence (and on several other occasions), the Federal Circuit referred to Dehua TB and Jiangyang Wood as non-mandatory respondents.[50] Accordingly, in our Draft Remand Redetermination, we applied the dumping rate of 183.36 percent to Dehua TB and Jiangyang Wood as non-mandatory respondents.

On October 5, 2026, the CIT directed Commerce to exclude Jiangyang Wood and Dehua TB from the *Order* and not to impose any antidumping duty margins on the companies.[51] Accordingly, in compliance with *Remand Order VI-2*, we are, under respectful protest, excluding Dehua TB and Jiangyang Wood, in combination with their suppliers, from the *Order* and are not imposing any antidumping duty margins on the companies.

However, we note that the zero percent assigned to these companies was not based on their own data; rather, it was the only calculated dumping rate (*i.e.*, for the mandatory respondent Chengen) that existed at the time of *Final Redetermination V*, the underlying determination that was appealed to the Federal Circuit. This zero percent rate has now been invalidated by the Federal Circuit, in preference to the rate originally calculated for Chengen, 183.36 percent. Notably, in past cases, the Federal Circuit has held that Commerce may not continue to rely on a rate which has been vacated as erroneous.[52]

[49] *See Chengen Fed. Cir.*, 174 F.4th at 1367.
[50] Indeed, the Federal Circuit confirms in multiple instances that Jiangyang Wood and Dehua TB are properly considered "non-mandatory respondents." *See Chengen Fed. Cir.*, 174 F.4th at 1354, 1355, 1360, and 1367.
[51] *See Remand Order VI-2* at 10.
[52] *See, e.g., D & L Supply Co. v. United States*, 113 F.3d 1220, 1221 (Fed. Cir. 1997) (*D & L Supply*) ("We hold that it is improper for Commerce to continue to use, as the {best information available, *i.e.*, AFA} rate, an antidumping duty rate that has been vacated as erroneous."); *see also* section 735(c)(5)(A) of the Act.

For this reason, in the Draft Remand Redetermination, we classified Dehua TB and Jiangyang Wood as non-mandatory respondents and assigned them the judicially-upheld rate of 183.36 percent.[53] We continue to believe that this interpretation of *Chengen Fed. Cir.* is consistent with the requirements under section 735(a)(4) of the Act, which directs Commerce only to "disregard any weighted average dumping margin that is *de minimis* as defined in section 733(b)(3)."[54] Because our exclusion of Dehua TB and Jiangyang Wood's plywood from the *Order* was explicitly premised on the assignment of Chengen's zero percent dumping margin to these companies, and because that dumping margin was invalidated by the Feral Circuit in *Chengen Fed. Cir.*, it is Commerce's understanding that the exclusion of those exports is no longer consistent with section 735(a)(4) of the Act.[55]

*Chengen Fed. Cir. and Changzhou Hawd 2020*

In addition to the above, we interpret the language in the Federal Circuit's opinion regarding the application of the all-others rate as upholding Commerce's application of its precedent in *Changzhou Hawd 2020*. In that case, the Court "concluded that Commerce had not adequately justified keeping under the order a zero-rate firm that had supplied full questionnaire responses and sought, but was denied, the opportunity to provide evidence that it was not

[53] We acknowledge that there is a seeming inconsistency between the Federal Circuit's directive to apply a dumping rate of 183.36 percent to the non-mandatory respondents and the Federal Circuit's affirmation of Dehua TB and Jiangyang Wood's exclusion from the all-others rate. However, when considering the Federal Circuit's decision within the context in which it was made, we understand the directive is to apply the 183.36 percent rate to the non-mandatory respondents to include Dehua TB and Jiangyang Wood. Because the Federal Circuit specified that its analysis regarding the exclusion of Dehua TB and Jiangyang Wood from the all-others rate was in response to arguments raised on appeal by the petitioner (*see Chengen Fed. Cir.,* 174 F.4th at 1367), and the petitioner only made this argument to the extent that the Federal Circuit upheld the zero percent duty rate for the non-selected companies (*ee* Petitioner's Brief, "Corrected Opening Brief of Defendant-Appellant Coalition For Fair Trade In Hardwood Plywood," dated May 23, 2024, at 39 (Fed. Cir. ECF No. 33)), we interpret the Federal Court's analysis in Section B as addressing the legal issue raised by the petitioners, but not as superseding the directive to apply the 183.36 percent rate to Dehua TB and Jiangyang Wood.

[54] *See* section 735(a)(4) of the Act.

[55] *See, e.g., D & L Supply*, 113 F.3d at 1221 ("We hold that it is improper for Commerce to continue to use, as the {best information available, *i.e.*, AFA} rate, an antidumping duty rate that has been vacated as erroneous."); *see also* section 735(c)(5)(A) of the Act.

engaged in dumping."[56] Accordingly, in its redetermination in *Changzhou Hawd 2020*, Commerce also excluded the separate-rate companies who had applied to be accepted as voluntary respondents from the *Order*.

The facts in *Changzhou Hawd 2020* were directly applicable to the question before Commerce at the time that we issued *Final Redetermination V*, the determination that underwent Federal Circuit review. In that redetermination, Commerce calculated a zero percent rate for Chengen, the only individually examined respondent remaining in the investigation, and, consistent with *Changzhou Hawd 2020*, Commerce assigned Chengen's zero percent rate to all of the non-mandatory respondents, including Dehua TB and Jiangyang Wood (the two that had previously requested voluntary respondent status and that had supplied full questionnaire responses). Importantly, however, in the *China Plywood Investigation Amended Final Determination*, which implemented the *Linyi Chengen 2023 CIT Judgement*,[57] we expressly framed the exclusion of Dehua TB and Jiangyang Wood from the *Order* as a direct consequence of Commerce's assignment of Chengen's zero percent margin, and the resulting eligibility for exclusion, to those companies:

> As a result of this amended final determination, in which Commerce has calculated an estimated weighted-average dumping margin of 0.00 percent for Chengen, and *assigned Chengen's zero percent rate and eligibility for exclusion* under section 735(c)(2) of the Act to Dehua TB and Jiangyang {Wood}, in combination with their suppliers as noted above, Commerce is hereby excluding subject merchandise {exported by Chengen, Dehua TB, and Jiangyang Wood}.[58]

Significantly, when implementing this decision, Commerce did not accept Dehua TB or Jiangyang Wood as voluntary respondents, given that Commerce determined that an individual

[56] *See Changzhou Hawd 2020*, 947 F.3d 781, 786 (Fed. Cir. 2020).
[57] *See Linyi Chengen Imp. & Exp. Co. v. United States*, 658 F.Supp.3d 1347 (CIT 2023) (*Linyi Chengen 2023 CIT Judgement*).
[58] *See China Plywood Investigation Amended Final Determination*, 88 FR at 77967 (emphasis added).

examination of these respondents would be unduly burdensome.[59] Rather, we merely accorded them differing treatment from other non-mandatory respondents, based on their timely, but unsolicited, response to Commerce's initial questionnaire. In other words, although Dehua TB and Jiangyang Wood requested voluntary respondent status, Commerce did not accept them as such because they met the first necessary condition of section 782(a) of the Act (*i.e.*, the timely submission of data), but not the second necessary condition (*i.e.*, that it would not be unduly burdensome and inhibit the timely completion of the investigation to individually examine any additional respondents besides the two mandatory respondents.)[60]

Thus, Commerce did not analyze Dehua TB and Jiangyang Wood's questionnaire responses to determine an individually-examined rate for either company.

*China-Wide Entity*

Additionally, it is significant to note that Commerce has reviewed both Dehua TB and Jiangyang Wood in subsequent segments of this proceeding,[61] and both companies are currently considered to be part of the China-wide entity.[62] Thus, exclusion of Dehua TB and Jiangyang Wood here will result in Commerce's exclusion of a portion of the China-wide entity from the *Order*, while maintaining the *Order* with respect to the rest of that single entity (*i.e.*, in effect treating the single entity as not single).

---

[59] We note that while Dehua TB and Jiangyang Wood satisfied the requirement for selection of voluntary respondents in section 782(a)(1)(A) of the Act by timely submitting questionnaire responses, the conditions enumerated in section 782(a)(1)(B) of the Act were not met because Commerce determined that the number of exporters or producers subject to the investigation were so large that any additional individual examination would be unduly burdensome and inhibit the timely completion of the investigation. Accordingly, Commerce never selected Dehua TB or Jiangyang Wood voluntary respondents or assigned any rate besides the separate rate assigned to all other non-mandatory respondents in this investigation. *See* Memorandum, "Selection of Voluntary Respondent," dated April 4, 2017 (Voluntary Respondent Selection Memorandum).
[60] *Id*. at 5.
[61] *See, e.g.*, *Certain Hardwood Plywood Products from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2017–2018*, 85 FR 77157 (December 1, 2020).
[62] *See Certain Hardwood Plywood Products from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 FR 10290, 10291 at Appendix I (February 17, 2023) (*China Plywood AR4 Final*).

*Conclusion*

For the reasons noted above, we find that the Federal Circuit remanded *Final Redetermination V* to the CIT with the directive to require Commerce to apply a dumping rate of 183.36 percent to the non-mandatory respondents, which include Dehua TB and Jiangyang Wood. However, the CIT's *Remand Order VI-2* clearly directed us to exclude these companies from the *Order*. Accordingly, for these final results of redetermination, we are under respectful protest excluding Dehua TB and Jiangyang Wood, in combination with their suppliers, from the *Order*.

## IV. INTERESTED PARTY COMMENTS

As noted above, Commerce released the Draft Remand Redetermination, on August 26, 2026.[63] The petitioner,[64] Dehua TB,[65] and Jiangyang[66] submitted comments on the Draft Remand Redetermination, which we have addressed below.

**Comment: Whether to Exclude Dehua TB and Jiangyang from the *Order***

*Dehua TB's Comments*:

The following is a verbatim summary of argument submitted by Dehua TB. For further details, *see* Dehua TB's Comments at 3-4.

> {Commerce's} Draft Remand Results ignore the clear mandate of the Federal Circuit by failing to exclude Dehua from the antidumping Order. {Commerce} has resorted to conjecture and a strained reading of the Federal Circuit's decision in order to deny Dehua the relief it was granted by the plain language of the Federal Circuit's decision. To the extent {that Commerce} believes that the Federal Circuit panel decision was made in error, the government was required to request reconsideration through a petition for a panel rehearing or a rehearing *en banc* pursuant to Federal Circuit Rule 40. Neither the government nor any other party requested such reconsideration nor did any party appeal the Federal Circuit's decision. As a result, the Federal Circuit's decision in Linyi Chengen is final and the Department must exclude Dehua from the Order.

[63] *See* Draft Remand Redetermination.
[64] *See* Petitioner's Comments.
[65] See Dehua TB's Comments.
[66] *See* Jiangyang Wood's Comments.

*Jiangyang Wood's Comments*:

The following is a verbatim summary of argument submitted by Jiangyang Wood. For further details, *see* Jiangyang Wood's Comments at 1-8.

> In its *Linyi Chengen* decision, the {Federal Circuit} expressly affirmed "the Trade Court's decision upholding Commerce's exclusion of Jiangyang and Dehua TB from the all-others rate." Rather than accept the clear mandate from the {Federal Circuit} affirming the CIT's Court Order to exclude Jiangyang from the AD Order on Hardwood Plywood from China, in its Draft Remand Results, Commerce forged an interpretation of the {Federal Circuit's} decision that is based on nothing in the Court's decision itself.
>
> As both the {Federal Circuit} and CIT reasoned, the basis for Jiangyang's zero dumping margin and exclusion from the AD Order on Hardwood Plywood from China is independent of the ultimate dumping margin for the mandatory respondents and independent and separate from the "separate rate" or "all others rate." The {Federal Circuit}mandated that Jiangyang be excluded from the AD Order and Commerce must comply with that mandate in its remand results.

*Petitioner's Comments*:

The following is a summary of argument submitted by the petitioner. For further details, *see* Petitioner's Comments at 1-3.

> In its draft remand determination, {Commerce} stated that it was assigning a dumping margin of 183.36% to Chengen and the non-mandatory respondents, including the China-wide entity, thus acting consistently with the {Federal Circuit's} determination. {Commerce} also properly clarified that the dumping margin of 183.36% applied to all non-mandatory respondents, including Dehua TB and Jiangyang Wood.
>
> The {Federal Circuit} explicitly identified Dehua TB and Jiangyang Wood as non-mandatory respondents. As such, the rate of 183.36% is properly applied to Dehua TB and Jiangyang Wood, as {Commerce} found in its draft remand determination. For this same reason, {Commerce} properly found in its draft remand determination that there are no grounds for excluding Dehua TB and Jiangyang Wood from the order. Given that Chengen's margin is no longer zero percent, but instead 183.36%, there is no basis to apply a zero percent margin to Dehua TB and Jiangyang Wood or to exclude them from the order. Indeed, as {Commerce} notes, the agency "must base its assignment of rates on evidence on the record" and, given its directive from the {Federal Circuit} to reinstate the rate of 183.36% to Chengen, no rate of zero percent has been calculated for any party.

> Commerce should continue to apply a margin of 183.36% to Chengen and all non-mandatory respondents, including Dehua TB and Jiangyang Wood, and should not exclude any company from the order.

**Commerce's Position:**

As noted above, on October 5, 2026, in response to Commerce's motion to extend the deadline to issue these final results of redetermination in order conduct an individual investigation of Dehua TB and Jiangyang Wood, and the opposition of that motion by Dehua TB and Jiangyang Wood, the CIT issued a second opinion and order in this matter. Specifically, in *Remand Order VI-2* the CIT ruled that, pursuant to *Chengen Fed. Cir.*, it is apparent that Dehua TB and Jiangyang Wood are excluded from the *Order* and it would not be in accordance with law for Commerce to now reopen the record and calculate individual rates for the companies.[67] Thus, while we have reviewed and considered the comments submitted by petitioner, Dehua TB, and Jiangyang Wood, in light of the CIT's directive, Commerce is, under respectful protest,[68] excluding Dehua TB and Jiangyang Wood from the *Order.*

**V. FINAL RESULTS OF REDETERMINATION**

Based on the foregoing, and pursuant to the Federal Circuit's decision and the *CIT Remand Order VI* and *Remand Order VI-2*, we are reinstating Chengen's 183.36 percent rate, calculated in the *Final Determination*, and assigning it to all of the Separate Rate Plaintiffs, except Dehua TB and Jiangyang Wood, in the relevant producer-exporter combinations. We are also assigning this rate to the China-wide entity, in accordance with our normal practice, and consistent with the rate assigned to the China-wide entity in the *Final Determination*.[69] Finally, we are excluding Dehua TB and Jiangyang Wood, in combination with their suppliers, from

[67] *See Remand Order VI-2* at 8-9.
[68] *See Viraj* 343 F.3d at 1376.
[69] *See Final Determination*, 82 FR at 53461-62, 53469.

*Order*, in accordance with the CIT's *Remand Order VI-2*.[70] Accordingly, the revised rates are as follows:

| Exporter | Producer | Weighted-Average Dumping Margin (percent) | Cash Deposit Rate (percent)[71] |
|---|---|---|---|
| Linyi Chengen Import and Export Co., Ltd. | Linyi Dongfangjuxin Wood Co., Ltd. | 183.36 | 171.55 |
| Xuzhou Jiangyang Wood Industries Co., Ltd. | Xuzhou Jiangyang Wood Industries Co., Ltd. | 183.36 | Excluded |
| Zhejiang Dehua TB Import & Export Co., Ltd. | Dehua TB New Decoration Material Co., Ltd | 183.36 | Excluded |
| Zhejiang Dehua Tb Import & Export Co., Ltd. | Zhangjiagang Jiuli Wood Co., Ltd. | 183.36 | Excluded |
| Separate Rate Plaintiffs[72] | | 183.36 | 171.55 |
| China-wide Entity[73] | | 183.36 | |

10/26/2026

X 

Signed by: SCOT FULLERTON

Scot Fullerton
Acting Deputy Assistant Secretary
for Antidumping and Countervailing Duty Operations

[70] This exclusion will only apply to the specific exporter/producer combinations identified in the chart below. We note that, because these companies will be excluded from the *Order*, if this redetermination is upheld, we will not direct U.S. Customs and Border Protection to collect estimated duties at these rates.
[71] We note that most of the cash deposit rates have been superseded by rates assigned in administrative reviews subsequent to this less-than-fair-value investigation.
[72] *See* Attachment for the applicable exporter/producer combinations.
[73] The China-wide entity includes mandatory respondent Bayley.

- **Attachment**
- ****Public Information****

All case numbers associated with exporter litigants + all exporter/producer combinations enjoined by importer litigants – duplicates removed without regard to importer.

| Company Case # | Exporter Name | Manufacturer Name |
|---|---|---|
| A570051001 | LINYI CHENGEN IMPORT AND EXPORT CO., LTD. | LINYI DONGFANGJUXIN WOOD CO., LTD. |
| A570051002 | ANHUI HODA WOOD CO., LTD. | FEIXIAN JIANXIN BOARD FACTORY |
| A570051003 | ANHUI HODA WOOD CO., LTD. | LINYI XICHENG WOOD CO., LTD |
| A570051004 | ANHUI HODA WOOD CO., LTD. | LINYI LONGXIN WOOD CO., LTD |
| A570051005 | ANHUI HODA WOOD CO., LTD. | FENGXIAN JIHE WOOD CO., LTD |
| A570051006 | ANHUI HODA WOOD CO., LTD. | XUZHOU CHUNYIYANG WOOD CO., LTD. |
| A570051007 | ANHUI HODA WOOD CO., LTD. | LINYI LANSHAN DISTRICT XIANGFENG DECORATIVE BOARD FACTORY |
| A570051008 | ANHUI HODA WOOD CO., LTD. | LINYI LANSHAN DISTRICT FUBAI WOOD BOARD FACTORY |
| A570051009 | ANHUI HODA WOOD CO., LTD. | SHANDONG JUBANG WOOD CO., LTD. |
| A570051010 | ANHUI HODA WOOD CO., LTD. | FEIXIAN SHANGYE TOWN MINGDA MULTI-LAYERED BOARD FACTORY |
| A570051011 | ANHUI HODA WOOD CO., LTD. | XUZHOU DAYUAN WOOD CO., LTD. |
| A570051012 | ANHUI HODA WOOD CO., LTD. | LINYI MINGZHU WOOD CO., LTD. |
| A570051013 | ANHUI HODA WOOD CO., LTD. | LINYI RENLIN WOOD CO., LTD |
| A570051014 | CELTIC CO., LTD. | LINYI CELTIC WOOD CO., LTD. |
| A570051015 | CELTIC CO., LTD. | PINYI FUHUA WOOD CO., LTD. |
| A570051043 | Golder International Trade Co., Ltd | Fengxian Fangyuan Wood Co., Ltd |
| A570051053 | Huainan Mengping Import and Export Co., Ltd | Linyi Qianfeng Panel Factory Co., Ltd. |
| A570051060 | Jiangsu Top Point International Co., Ltd. | Linyi Jinkun Wood Co., Ltd. |
| A570051061 | Jiangsu Top Point International Co., Ltd. | Feixian Huafeng Wood Co., Ltd. |
| A570051063 | Jiangsu Top Point International Co., Ltd. | Feixian Fuyang Plywood Factory |
| A570051067 | JIAXING GSUN IMP. & EXP. CO., LTD | FENGXIAN HENGYUAN WOOD INDUSTRY CO., LTD. |
| A570051068 | JIAXING GSUN IMP. & EXP. CO., LTD | FEIXIAN JUNYANG WOOD INDUSTRY CO., LTD. |
| A570051069 | JIAXING GSUN IMP. & EXP. CO., LTD | FEIXIAN JUNBANG WOOD FACTORY |
| A570051070 | JIAXING GSUN IMP. & EXP. CO., LTD | LINYI CITY LANSHAN DISTRICT MINGDA WOOD FACTORY |
| A570051071 | JIAXING GSUN IMP. & EXP. CO., LTD | FEIXIAN HONGYUN WOOD FACTORY |
| A570051072 | JIAXING GSUN IMP. & EXP. CO., LTD | LINYI CITY LANSHAN DISTRICT XIANGFENG WOOD DECORATION FACTORY |
| A570051073 | JIAXING GSUN IMP. & EXP. CO., LTD | SHANDONG JUBANG WOOD CO., LTD |

| | | |
|---|---|---|
| A570051074 | JIAXING GSUN IMP. & EXP. CO., LTD | FEIXIAN YIXIN WOOD PROCESSING FACTORY |
| A570051075 | JIAXING GSUN IMP. & EXP. CO., LTD | PIZHOU WANTAI WOOD INDUSTRY CO., LTD. |
| A570051076 | JIAXING GSUN IMP. & EXP. CO., LTD | FEIXIAN FENGXIANG WOOD PROCESSING FACTORY |
| A570051077 | JIAXING GSUN IMP. & EXP. CO., LTD | SHANDONG COMPETE WOOD CO., LTD. |
| A570051078 | JIAXING GSUN IMP. & EXP. CO., LTD | LINYI KUNYU PLYWOOD FACTORY |
| A570051079 | JIAXING HENGTONG WOOD CO., LTD. | JIAXING HENGTONG WOOD CO., LTD. |
| A570051082 | Lianyungang Yuantai International Trade Co., Ltd. | Xinyi Chaohua Wood Co., Ltd. |
| A570051083 | Lianyungang Yuantai International Trade Co., Ltd. | Linyi Huasheng Yongbin Wood Corp |
| A570051087 | Lianyungang Yuantai International Trade Co., Ltd. | Linyi City Lanshan District Fubo Wood Factory |
| A570051088 | Lianyungang Yuantai International Trade Co., Ltd. | Fei County Hongsheng Wood Co., Ltd. |
| A570051089 | Lianyungang Yuantai International Trade Co., Ltd. | Xuzhou Hongwei Wood Co., Ltd. |
| A570051090 | Lianyungang Yuantai International Trade Co., Ltd. | Pizhou Jinguoyuan Wood Co., Ltd. |
| A570051091 | Lianyungang Yuantai International Trade Co., Ltd. | Feixian Wanda Wood Co., Ltd. |
| A570051094 | Lianyungang Yuantai International Trade Co., LTD. | Linyi City Lanshan District Fuerda Wood Factory |
| A570051097 | Lianyungang Yuantai International Trade Co., Ltd. | Shandong Jubang Wood Co., Ltd. |
| A570051100 | Lianyungang Yuantai International Trade Co., Ltd. | Feixian Hongyun Wood Factory |
| A570051101 | Lianyungang Yuantai International Trade Co., Ltd. | Linyi City Lanshan District Xiangfeng Wood Decoration Factory |
| A570051102 | Lianyungang Yuantai International Trade Co., Ltd. | Linyi Renlin Wood Industry Co., Ltd. |
| A570051103 | Lianyungang Yuantai International Trade Co., Ltd. | Linyi City Lanshan District Mingda Wood Factory |
| A570051104 | Linyi City Dongfang Fukai Wood Industry Co., Ltd. | Linyi City Dongfang Fukai Wood Industry Co., Ltd. |
| A570051105 | Linyi City Dongfang Jinxin Economic and Trade Co., Ltd. | Linyi City Dongfang Jinxin Economic and Trade Co., Ltd. |
| A570051106 | Linyi City Shenrui International Trade Co., Ltd. | Linyi City Dongfang Fuchao Wood Co., Ltd. |
| A570051108 | Linyi Dahua Wood Co., Ltd. | Linyi Dahua Wood Co., Ltd. |
| A570051109 | LINYI EVERGREEN WOOD CO., LTD. | LINYI EVERGREEN WOOD CO., LTD. |
| A570051110 | LINYI GLARY PLYWOOD CO., LTD. | LINYI GLARY PLYWOOD CO., LTD. |
| A570051111 | LINYI HENGSHENG WOOD INDUSTRY CO., LTD. | LINYI HENGSHENG WOOD INDUSTRY CO., LTD. |
| A570051112 | LINYI HUASHENG YONGBIN WOOD CO., LTD. | LINYI HUASHENG YONGBIN WOOD CO., LTD. |
| A570051113 | LINYI JIAHE WOOD INDUSTRY CO., LTD. | LINYI JIAHE WOOD INDUSTRY CO., LTD. |
| A570051114 | LINYI LINHAI WOOD CO., LTD. | LINYI LINHAI WOOD CO., LTD. |
| A570051115 | LINYI MINGZHU WOOD CO., LTD. | LINYI MINGZHU WOOD CO., LTD. |
| A570051116 | LINYI SANFORTUNE WOOD CO., LTD. | LINYI SANFORTUNE WOOD CO., LTD. |
| A570051118 | Pingyi Jinniu Wood Co., LTD. | Pingyi Jinniu Wood Co., LTD. |

| | | |
|---|---|---|
| A570051122 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | LINYI FUBO WOOD CO., LTD |
| A570051123 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | LINYI TUOPU ZHIXIN WOODEN INDUSTRY CO., LTD |
| A570051124 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | LINYI HAISEN WOOD CO., LTD |
| A570051125 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | LINYI JUBANG WOOD CO., LTD |
| A570051126 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | XUZHOU CHANGCHENG WOOD CO., LTD |
| A570051127 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | XUZHOU JINGUOYUAN WOOD CO., LTD |
| A570051128 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | XUZHOU XUEXIN WOOD CO., LTD |
| A570051129 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | ANHUI FUYANG QINGLIN WOOD PRODUCTS CO., LTD |
| A570051130 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | ANHUI HUIJIN WOOD CO., LTD |
| A570051131 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | ANHUI LINGFENG WOOD CO., LTD |
| A570051132 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | SUZHOU DONGSHENG WOOD CO., LTD |
| A570051133 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | PIZHOU ZHONGXIN WOOD CO., LTD |
| A570051134 | QINGDAO GOOD FAITH IMPORT AND EXPORT CO., LTD. | XUZHOU SPRING ART YANG WOOD INDUSTRY CO., LTD |
| A570051136 | Qingdao Top P&Q International Corp. | Yutai Zezhong Wood Products Co., Ltd. |
| A570051140 | Qingdao Top P&Q International Corp. | Feixian Tanyi Youchengjiafu Wood Products Co., Ltd |
| A570051144 | Qingdao Top P&Q International Corp. | Linyi Qianfeng Wood Products Co., Ltd. |
| A570051147 | Qingdao Top P&Q International Corp. | Xuzhou Chunyiyang Wood Products Co. Ltd |
| A570051150 | Qingdao Top P&Q International Corp. | Linyi Longxin Wood Products Co., Ltd. |
| A570051151 | Qingdao Top P&Q International Corp. | Linyi Lanshan Wanmei Wood Factory |
| A570051154 | Qingdao Top P&Q International Corp. | Di Birch Wood Industry Co., Ltd |
| A570051155 | Qingdao Top P&Q International Corp. | Shandong Junxing Wood Products Co., Ltd. |
| A570051160 | Qingdao Top P&Q International Corp. | Anhui Qinglin Wood Products Co., Ltd. |
| A570051166 | Qingdao Top P&Q International Corp. | Linyi Fuerda Wood Products Co., Ltd. |
| A570051167 | Qingdao Top P&Q International Corp. | Fengxian Shuangxingyuan Wood Co., Ltd. |
| A570051194 | SHANDONG QISHAN INTERNATIONAL TRADING CO., LTD | LINYI TUOPU ZHIXIN WOODEN INDUSTRY CO., LTD. |
| A570051213 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI JINGHUA WOOD INDUSTRY CO., LTD. |

| | | |
|---|---|---|
| A570051214 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI LIANBANG WOOD INDUSTRY CO., LTD. |
| A570051215 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI HUADA WOOD INDUSTRY CO., LTD. |
| A570051216 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI JINKUN WOOD INDUSTRY CO., LTD. |
| A570051217 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI YUQIAO BOARD FACTORY |
| A570051218 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI LAITE BOARD FACTORY |
| A570051219 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI TUOPU ZHIXIN WOODEN INDUSTRY CO., LTD. |
| A570051220 | SHANGHAI FUTUWOOD TRADING CO., LTD. | FEIXIAN HUAFENG WOOD INDUSTRY CO., LTD. |
| A570051221 | SHANGHAI FUTUWOOD TRADING CO., LTD. | XUZHOU SHUANGXINGYUAN WOOD INDUSTRY CO., LTD. |
| A570051222 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI YOUCHENG JIAFU WOOD INDUSTRY CO., LTD. |
| A570051223 | SHANGHAI FUTUWOOD TRADING CO., LTD. | SHANDONG QINGYUAN WOOD INDUSTRY CO., LTD. |
| A570051224 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI LANSHAN JINHAO BOARD FACTORY |
| A570051225 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI LANSHAN FUBAI WOOD INDUSTRY BOARD FACTORY |
| A570051226 | SHANGHAI FUTUWOOD TRADING CO., LTD. | SIYANG DAZHONG WOOD PRODUCT FACTORY |
| A570051227 | SHANGHAI FUTUWOOD TRADING CO., LTD. | BINZHOU YONGSHENG ARTIFICIAL BOARD INDUSTRIAL TRADE CO., LTD. |
| A570051228 | SHANGHAI FUTUWOOD TRADING CO., LTD. | SHANDONG JINQIU WOOD INDUSTRY CO., LTD. |
| A570051229 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI SENPENG WOOD INDUSTRY CO., LTD. |
| A570051230 | SHANGHAI FUTUWOOD TRADING CO., LTD. | XUZHOU HENG'AN WOOD INDUSTRY CO., LTD. |
| A570051231 | SHANGHAI FUTUWOOD TRADING CO., LTD. | DANGSHAN WEIDI WOOD INDUSTRY CO., LTD. |
| A570051232 | SHANGHAI FUTUWOOD TRADING CO., LTD. | FENGXIAN JIHE WOOD INDUSTRY CO., LTD. |
| A570051233 | SHANGHAI FUTUWOOD TRADING CO., LTD. | YUTAI ZEZHONG WOOD INDUSTRY CO., LTD. |
| A570051234 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI HUASHENG YONGBIN WOOD CO., LTD. |
| A570051235 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI KAIFENG WOOD BOARD FACTORY |
| A570051236 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI MINGDA WOOD INDUSTRY CO., LTD. |
| A570051237 | SHANGHAI FUTUWOOD TRADING CO., LTD. | YANGXIN COUNTY XINTONG DECORATIVE MATERIALS CO., LTD. |
| A570051238 | SHANGHAI FUTUWOOD TRADING CO., LTD. | PINGYI COUNTY ZHONGLI WOOD PRODUCTS FACTORY |
| A570051239 | SHANGHAI FUTUWOOD TRADING CO., LTD. | PINGYI COUNTY YUXIN BOARD FACTORY |
| A570051240 | SHANGHAI FUTUWOOD TRADING CO., LTD. | LINYI MINGZHU WOOD CO., LTD. |
| A570051254 | SUINING PENGXIANG WOOD CO., LTD. | SUINING PENGXIANG WOOD CO., LTD. |
| A570051256 | Sumec International Technology Co., Ltd. | Shandong Junxing Wood Industry Co., Ltd. |
| A570051258 | Sumec International Technology Co., Ltd. | Linyi Xicheng Wood Industry Co., Ltd. |
| A570051262 | Sumec International Technology Co., Ltd. | Linyi City Lanshan District Linyu Board Factory |
| A570051272 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | XUZHOU HENGLIN WOOD CO., LTD. |

| | | |
|---|---|---|
| A570051273 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | QUFU SHENGDA WOOD CO., LTD. |
| A570051274 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | PIZHOU XUEXIN WOOD PRODUCTS CO., LTD. |
| A570051275 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | PIZHOU JIANGSHAN WOOD CO., LTD. |
| A570051276 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | SHANDONG UNION WOOD CO., LTD. |
| A570051277 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | LINYI CITY LANSHAN DISTRICT FUBO WOOD FACTORY |
| A570051278 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | LINYI MINGZHU WOOD CO., LTD. |
| A570051279 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | SUZHOU DONGSHENG WOOD CO., LTD. |
| A570051280 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | LINYI JIAHE WOOD INDUSTRY CO., LTD. |
| A570051281 | SUQIAN HOPEWAY INTERNATIONAL TRADE CO., LTD. | LINYI DAHUA WOOD CO., LTD. |
| A570051282 | Suzhou Dongsheng Wood Co., Ltd. | Suzhou Dongsheng Wood Co., Ltd. |
| A570051283 | Suzhou Fengshuwan Import and Exports Trade Co., Ltd. | Xuzhou Henglin Wood Co., Ltd. |
| A570051289 | Suzhou Fengshuwan Import and Exports Trade Co., Ltd. | Linyi Mingzhu Wood Co., Ltd. |
| A570051291 | Suzhou Fengshuwan Import and Exports Trade Co., Ltd. | Linyi Jiahe Wood Industry Co., Ltd. |
| A570051293 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI TIANCAI TIMBER CO., LTD |
| A570051294 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINGYI HUASHENG YONGBIN WOOD CO., LTD |
| A570051295 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI XICHENG WOOD PRODUCTS CO., LTD |
| A570051296 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI LONGXIN WOOD CO., LTD |
| A570051297 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI ORIENTAL FUCHAO WOOD CO., LTD. |
| A570051298 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI QIANFENG WOOD CO., LTD |
| A570051299 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | FEIXIAN WANDA WOOD FACTORY |
| A570051300 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | SHANDONG UNION WOOD CO., LTD |
| A570051301 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | SHANDONG JINQIU WOOD CORPORATION |
| A570051302 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | YINHE MACHINERY CHEMICAL LIMITED COMPANY OF SHANDONG PROVINCE |

| | | |
|---|---|---|
| A570051303 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI CITY YONGSEN WOOD CORP |
| A570051304 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | XUZHOU CHANGCHENG WOOD CO., LTD |
| A570051305 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | PIZHOU FUSHEN WOOD CO., LTD |
| A570051306 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | PIZHOU YUANXING WOOD CO., LTD |
| A570051307 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | XUZHOU YUANTAI WOOD CO., LTD |
| A570051308 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | XUZHOU HONGFU WOOD CO., LTD |
| A570051309 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | FENG COUNTY SHUANGXINGYUAN WOOD |
| A570051310 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | ANHUI FUYANG QINGLIN WOOD PRODUCTS CO., LTD |
| A570051311 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI DAHUA WOOD CO., LTD. |
| A570051312 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | JUXIAN DECHANG WOOD CO., LTD |
| A570051313 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | FEIXIAN JINHAO WOOD BOARD PLANT |
| A570051314 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | SIYANG DAHUA PLYWOOD PLANT |
| A570051315 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI LANSHAN DISTRICT FUBO WOODS FACTORY |
| A570051316 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | XUZHOU DEHENG WOOD CO., LTD. |
| A570051317 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI KAIFENG WOOD BOARD FACTORY |
| A570051318 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI ZHENYUAN WOOD PRODUCTS CO., LTD |
| A570051319 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | XUZHOU WEILIN WOOD CO., LTD. |
| A570051320 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI TIANLU WOOD BOARD FACTORY |
| A570051321 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI BAOSHAN BOARD FACTORY |
| A570051322 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | LINYI MINGZHU WOOD CO., LTD. |
| A570051323 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | XINYI CHAOHUA WOOD CO., LTD. |
| A570051324 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | PIZHOU JINGUOYUAN WOOD CO., LTD. |

| | | |
|---|---|---|
| A570051325 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | FENG COUNTY JIHE WOOD CO., LTD. |
| A570051326 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | DANGSHAN COUNTY WEIDI WOOD CO., LTD. |
| A570051327 | SUZHOU ORIENTAL DRAGON IMPORT AND EXPORT CO., LTD. | ZHUCHENG RUNHENG INDUSTRIAL AND TRADING CO., LTD. |
| A570051329 | XUZHOU ANDEFU WOOD CO., LTD. | FENGXIAN FANGYUAN WOOD CO., LTD |
| A570051333 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou Longyuan Wood Industry Co., Ltd |
| A570051334 | Xuzhou DNT Commercial Co., Ltd. | Linyi Changcheng Wood Co., Ltd |
| A570051335 | Xuzhou DNT Commercial Co., Ltd. | Feixian Jinde Wood Co., Ltd |
| A570051336 | Xuzhou DNT Commercial Co., Ltd. | Suzhou Dongsheng Wood Co., Ltd |
| A570051337 | Xuzhou DNT Commercial Co., Ltd. | Fengxian Fangyuan Wood Co., Ltd |
| A570051338 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou City Hengde Wood Products Co., Ltd |
| A570051339 | Xuzhou DNT Commercial Co., Ltd. | Pizhou Jiangshan Wood Co., Ltd |
| A570051340 | Xuzhou DNT Commercial Co., Ltd. | Linyi Huasheng Yongbin Wood Corp. |
| A570051341 | Xuzhou DNT Commercial Co., Ltd. | Pizhou Jinguoyuan Wood Co., Ltd |
| A570051342 | Xuzhou DNT Commercial Co., Ltd. | Linyi Mingzhu Wood Co., Ltd |
| A570051343 | Xuzhou DNT Commercial Co., Ltd. | Linyi Renlin Wood Industry Co., Ltd |
| A570051344 | Xuzhou DNT Commercial Co., Ltd. | Binzhou Yongsheng Artificial Board Industrial & Training Co., Ltd |
| A570051345 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou Zhongcai Wood Co., Ltd |
| A570051346 | Xuzhou DNT Commercial Co., Ltd. | Anhui Xinyuanda Wood Co., Ltd |
| A570051347 | Xuzhou DNT Commercial Co., Ltd. | Shandong Lianbang Wood Co., Ltd |
| A570051348 | Xuzhou DNT Commercial Co., Ltd. | Linyi Xinrui Wood Co., Ltd |
| A570051349 | Xuzhou DNT Commercial Co., Ltd. | Shandong Huashi Lvyuan Wood Co., Ltd |
| A570051350 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou Fuyu Wood Co., Ltd |
| A570051351 | Xuzhou DNT Commercial Co., Ltd. | Linyi Dazhong Wood Co., Ltd |
| A570051352 | Xuzhou DNT Commercial Co., Ltd. | Shandong Junxing Wood Co., Ltd |
| A570051353 | Xuzhou DNT Commercial Co., Ltd. | Linyi City Lanshan District Linyu Plywood Factory |
| A570051354 | Xuzhou DNT Commercial Co., Ltd. | Linyi City Dongfang Fuchao Wood Co., Ltd. |
| A570051355 | Xuzhou DNT Commercial Co., Ltd. | Linyi Dahua Wood Co., Ltd. |
| A570051356 | Xuzhou DNT Commercial Co., Ltd. | Linyi Qianfeng Wood Co., Ltd |
| A570051357 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou Zhongtong Wood Co., Ltd |
| A570051358 | Xuzhou DNT Commercial Co., Ltd. | Shandong Oufan Wood Co., Ltd |
| A570051359 | Xuzhou DNT Commercial Co., Ltd. | Shandong Jubang Wood Co., Ltd |

| | | |
|---|---|---|
| A570051360 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou Changcheng Wood Products Co., Ltd |
| A570051361 | Xuzhou DNT Commercial Co., Ltd. | Feixian Jinhao Wood Board Plant |
| A570051362 | Xuzhou DNT Commercial Co., Ltd. | Feixian Huafeng Wood Co., Ltd |
| A570051363 | Xuzhou DNT Commercial Co., Ltd. | Dhanshan County Weidi Wood Co., Ltd |
| A570051364 | Xuzhou DNT Commercial Co., Ltd. | Xuzhou Hongmei Wood Development Co., Ltd |
| A570051366 | Xuzhou Eastern Huatai International Trading Co., Ltd. | Linyi Longxin Wood Co., Ltd. |
| A570051367 | Xuzhou Eastern Huatai International Trading Co., Ltd. | Linyi Xicheng Wood Co., Ltd. |
| A570051368 | Xuzhou Eastern Huatai International Trading Co., Ltd. | Xuzhou Hongfu Wood Co., Ltd. |
| A570051371 | Xuzhou Eastern Huatai International Trading Co., Ltd. | Xu Zhou Chang Cheng Wood Co, Ltd |
| A570051374 | XUZHOU JIANGYANG WOOD INDUSTRIES CO., LTD. | XUZHOU JIANGYANG WOOD INDUSTRIES CO., LTD. |
| A570051375 | XUZHOU LONGYUAN WOOD INDUSTRY CO., LTD. | XUZHOU LONGYUAN WOOD INDUSTRY CO., LTD. |
| A570051379 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU LONGYUAN WOOD INDUSTRY CO., LTD |
| A570051380 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI CHANGCHENG WOOD CO., LTD |
| A570051381 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | FEIXIAN JINDE WOOD CO., LTD |
| A570051382 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | SUZHOU DONGSHENG WOOD CO., LTD |
| A570051383 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | FENGXIAN FANGYUAN WOOD CO., LTD |
| A570051384 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU CITY HENGDE WOOD PRODUCTS CO., LTD |
| A570051385 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | PIZHOU JIANGSHAN WOOD CO., LTD |
| A570051386 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI HUASHENG YONGBIN WOOD CORP. |
| A570051387 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | PIZHOU JINGUOYUAN WOOD CO., LTD |
| A570051388 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI MINGZHU WOOD CO., LTD |
| A570051389 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI RENLIN WOOD INDUSTRY CO., LTD |
| A570051390 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | BINZHOU YONGSHENG ARTIFICIAL BOARD INDUSTRIAL & TRAINING CO., LTD |
| A570051391 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU ZHONGCAI WOOD CO., LTD |
| A570051392 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | ANHUI XINYUANDA WOOD CO., LTD |

| | | |
|---|---|---|
| A570051393 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | SHANDONG LIANBANG WOOD CO., LTD |
| A570051394 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI XINRUI WOOD CO., LTD |
| A570051395 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | SHANDONG HUASHI LVYUAN WOOD CO., LTD |
| A570051396 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU FUYU WOOD CO., LTD |
| A570051397 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI DAZHONG WOOD CO., LTD |
| A570051398 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | SHANDONG JUNXING WOOD CO., LTD |
| A570051399 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI CITY LANSHAN DISTRICT LINYU PLYWOOD FACTORY |
| A570051400 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI CITY DONGFANG FUCHAO WOOD CO., LTD. |
| A570051401 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI DAHUA WOOD CO., LTD. |
| A570051402 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | LINYI QIANFENG WOOD CO., LTD |
| A570051403 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU ZHONGTONG WOOD CO., LTD |
| A570051404 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | SHANDONG OUFAN WOOD CO., LTD |
| A570051405 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | SHANDONG JUBANG WOOD CO., LTD |
| A570051406 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU CHANGCHENG WOOD PRODUCTS CO., LTD |
| A570051407 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | FEIXIAN JINHAO WOOD BOARD PLANT |
| A570051408 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | FEIXIAN HUAFENG WOOD CO., LTD |
| A570051409 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | DHANSHAN COUNTY WEIDI WOOD CO., LTD |
| A570051410 | XUZHOU PINLIN INTERNATIONAL TRADE CO., LTD. | XUZHOU HONGMEI WOOD DEVELOPMENT CO., LTD |
| A570051412 | XUZHOU SHENGPING IMP AND EXP CO., LTD. | XUZHOU LONGYUAN WOOD INDUSTRY CO., LTD |
| A570051414 | Xuzhou Shuner Import & Export Trade Co. Ltd. | Pizhou Fushen Wood Co. Ltd. |
| A570051416 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | XUZHOU JIANGHENG WOOD PRODUCTS CO., LTD. |
| A570051417 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | XUZHOU JIANGYANG WOOD INDUSTRIES CO., LTD. |

| | | |
|---|---|---|
| A570051418 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | XUZHOU CHANGCHENG WOOD CO., LTD. |
| A570051419 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | FENGXIAN SHUANGXINGYUAN WOOD CO., LTD. |
| A570051420 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | LINYI MINGZHU WOOD CO., LTD. |
| A570051421 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | LINYI CITY LANSHAN DISTRICT DAQIAN WOOD BOARD FACTORY |
| A570051422 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | FEIXIAN HONGSHENG WOOD CO., LTD. |
| A570051423 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | XUZHOU HONGWEI WOOD CO., LTD. |
| A570051424 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | PIZHOU JINGUOYUAN WOOD CO., LTD. |
| A570051425 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | LINYI QIANFENG WOOD FACTORY |
| A570051426 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | LINYI RENLIN WOOD INDUSTRY CO., LTD. |
| A570051427 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | XUZHOU SENYUAN WOOD PRODUCTS CO., LTD. |
| A570051428 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | JIANGSU LISHUN INDUSTRIAL AND TRADING CO., LTD. |
| A570051429 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | PIZHOU XUEXIN WOOD INDUSTRY CO., LTD. |
| A570051430 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | FEIXIAN HONGJING BOARD FACTORY |
| A570051431 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | XUZHOU JIAQIANG WOOD INDUSTRY CO., LTD. |
| A570051432 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | SHANDONG SHELTER FOREST PRODUCTS CO., LTD. |
| A570051433 | XUZHOU TIMBER INTERNATIONAL TRADE CO., LTD. | JIANGSU BINSONG WOOD CO., LTD. |
| A570051436 | ZHEJIANG DEHUA TB IMPORT & EXPORT CO., LTD. | DEHUA TB NEW DECORATION MATERIAL CO., LTD |
| A570051437 | ZHEJIANG DEHUA TB IMPORT & EXPORT CO., LTD. | ZHANGJIAGANG JIULI WOOD CO., LTD. |
| #N/A | Shandong Dongfang Bayley Wood Co., Ltd. | Shandong Dongfang Bayley Wood Co., Ltd. |
| A-570-051-254 | Suining Pengxiang Wood Co., Ltd. | Suining Pengxiang Wood Co., Ltd. |