**PUBLIC DOCUMENT**

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **LINYI CHENGEN IMPORT AND EXPORT CO., LTD.,**<br>**Plaintiff,**<br>**and**<br>**CELTIC CO., LTD., *et al.*,**<br>**Consolidated Plaintiffs,**<br>**and**<br>**TARACA PACIFIC, INC., *et al.*,**<br>**Plaintiff-Intervenors,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant,**<br>**and**<br>**COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,**<br>**Defendant-Intervenor.** | **Before: Hon. Jennifer Choe-Groves, Judge**<br><br>**Consol. Court No. 18-00002** |

**DEFENDANT-INTERVENOR THE COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD'S COMMENTS IN OPPOSITION TO COMMERCE'S SIXTH REMAND REDETERMINATION**

**Timothy C. Brightbill, Esq.**
**Jeffrey O. Frank, Esq.**
**Stephanie M. Bell, Esq.**
**Elizabeth S. Lee, Esq.**

**WILEY REIN LLP**
**2050 M Street, NW**
**Washington, DC 20036**
**(202) 719-7000**

***Counsel to the Coalition for Fair Trade in Hardwood Plywood***

**November 9, 2026**

On behalf of Defendant-Intervenor the Coalition for Fair Trade in Hardwood Plywood ("Coalition"), we respectfully submit the following comments in opposition to certain aspects of the sixth remand determination submitted by the Department of Commerce ("Commerce") on October 26, 2026, in the subject proceeding. Final Results of Redetermination Pursuant to Ct. Remand, *Linyi Chengen Imp. & Exp. Co. v. United States*, Consol. Ct. No. 18-00002 (Ct. Int'l Trade Dec. July 8, 2026) (Oct. 26, 2026), ECF No. 273. In particular, the Coalition opposes Commerce's determination, made under protest, to exclude from the antidumping duty order Zhejiang Dehua TB Import & Export Co., Ltd. ("Dehua TB") and Xuzhou Jiangyang Wood Industries Co., Ltd. ("Jiangyang Wood"). *See id.* at 2.

As Commerce explains, the prior determination to exclude these companies from the order was based on the application of the zero percent dumping margin that had been calculated for Linyi Chengen Import and Export Co. Ltd. ("Chengen"). *See id.* at 9. As the zero percent margin has now been invalidated, and the margin of 183.36 percent for Chengen has been reinstated, there is no basis to apply a margin of zero percent to Dehua TB or Jiangyang Wood and, likewise, no basis to exclude these companies from the order. *See id.* at 9-12. As explained by Commerce:

> Because our exclusion of Dehua TB and Jiangyang Wood's plywood from the *Order* was explicitly premised on the assignment of Chengen's zero percent dumping margin to these companies, and because that dumping margin was invalidated by the Federal Circuit in *Chengen Fed. Cir.*, it is Commerce's understanding that the exclusion of those exports is no longer consistent with section 735(a)(4) of the Act.

*Id.* at 10. Nonetheless, in its remand determination, Commerce excluded Dehua TB and Jiangyang Wood from the order. *Id.* at 13.

Accordingly, the Coalition opposes Commerce's remand determination with regard to the exclusion of Dehua TB and Jiangyang Wood. However, the Coalition recognizes that Commerce made this determination under protest and to comply with this Court's October 5, 2026 Order,

ECF No. 272. The Coalition also notes that, should the Court affirm this aspect of Commerce's determination, resulting in the exclusion of Dehua TB and Jiangyang Wood from the subject antidumping duty order, these companies' exports of hardwood and decorative plywood from China will be subject to the pending antidumping duty order on hardwood and decorative plywood from China. *See Hardwood and Decorative Plywood from the People's Republic of China*, 91 Fed. Reg. 45,778 (Dep't Commerce July 21, 2026) (final deter. of sales at less than fair value and final affirm. deter. of critical circumstances).

Respectfully submitted,

*/s/ Timothy C. Brightbill*

Timothy C. Brightbill, Esq.
Jeffrey O. Frank, Esq.
Stephanie M. Bell, Esq.
Elizabeth S. Lee, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the Coalition for Fair Trade in Hardwood Plywood*

November 9, 2026

CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this submission complies with the word limitation requirement. The word count for the Defendant-Intervenor the Coalition for Fair Trade in Hardwood Plywood's Comments in Opposition to Commerce's Sixth Remand Redetermination, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2019), is 433 words.

*/s/ Timothy C. Brightbill*
(Signature of Attorney)

Timothy C. Brightbill
(Name of Attorney)

Coalition for Fair Trade in Hardwood Plywood
(Representative Of)

November 9, 2026
(Date)