UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| Linyi Chengen Import and Export Co., Ltd<br><br>Plaintiff,<br>and<br><br>Taraca Pacific, Inc., et al.,<br><br>Plaintiff-Intervenors,<br>v.<br>United States<br>Defendant,<br>and<br><br>Coalition for Fair Trade in Hardwood Plywood<br><br>Defendant-Intervenor. | Consol. Ct. No. 18-00002 |

**PLAINTIFF LINYI CHENGEN IMPORT AND EXPORT CO., LTD. AND CONSOLIDATED SEPARATE RATE PLAINTIFFS[1]' COMMENTS IN OPPOSITION TO SIXTH REMAND REDETERMINATION**

Plaintiff Linyi Chengen Import and Export Co., Ltd. and Consolidated Separate Rate Plaintiffs hereby comment on Commerce's Sixth Remand Results. *See* Remand Results (Oct. 26, 2026), **ECF No. 273**.

While Plaintiff and Consolidated Separate Rate Plaintiffs agrees with the remand result excluding Xuzhou Jiangyang Wood Industries Co., Ltd., ("Jiangyang Wood") from the AD

[1] Consolidated Plaintiffs, Celtic Co., Ltd., Anhui Hoda Wood Co., Ltd., Far East American, Inc., Jiaxing Gsun Import and Export Co., Ltd., Jiaxing Hengtong Wood Co., Ltd., Linyi Evergreen Wood Co., Ltd., Linyi Glary Plywood Co., Ltd., Linyi Jiahe Wood Industry Co., Ltd., Linyi Linhai Wood Co., Ltd., Linyi Hengsheng Wood Industry Co., Ltd., Linyi Huasheng Yongbin Wood Co., Ltd., Linyi Mingzhu Wood Co., Ltd., Linyi Sanfortune Wood Co., Ltd., Qingdao Good Faith Import and Export Co., Ltd., Shanghai Futuwood Trading Co., Ltd., Shandong Qishan International Trading Co., Ltd., Suining Pengxiang Wood Co., Ltd., Suqian Hopeway International Trade Co., Ltd., Suzhou Oriental Dragon Import and Export Co., Ltd., Xuzhou Andefu wood Co., Ltd., Xuzhou Jiangyang Wood Industries Co., Ltd., Xuzhou Longyuan Wood Industry Co., Ltd., Xuzhou Pinlin International Trade Co., Ltd., Xuzhou Shengping Import and Export Co., Ltd., and Xuzhou Timber International Trade Co., Ltd. (collectively "Separate Rate Plaintiffs").

Order, we respectfully ask that the Court include in its final judgement and order, if sustaining this remand, instructions for Commerce to issue the liquidation message for Plaintiff and Consolidated Separate Rate Plaintiffs within 30 days of a final court decision in this matter. In an appeal of this duration, the final step—the liquidation message effectuating the final court decision—can take many months or even longer for Commerce to issue, as daily deadlines in other matters tend to take priority over other matters with no firm deadline (absent a court order).

Respectfully submitted,

/s/ Gregory S. Menegaz

Gregory S. Menegaz
Alexandra H. Salzman
Vivien J. Wang
Judith L. Holdsworth
**The Inter-Global Trade Law Group PLLC**
1156 15th Street N.W.,
Suite 1101
Washington, D.C. 20005
Tel: (202) 868-0300
email: gmenegaz@igtlaw.com
*Counsel to Plaintiff Linyi Chengen Import and Export Co., Ltd. and Consolidated Separate Rate Plaintiffs*

Date: November 9, 2026

**WORD COUNT CERTIFICATE OF COMPLIANCE**

This brief has been prepared utilizing Microsoft Word 2016 using a proportionally spaced typeface (12 point Times New Roman font).

In accordance with the Chambers Procedures of the United States Court of International Trade, the undersigned certifies that his brief complies with the word limitations set forth in the Chambers Procedures. Specifically, excluding those exempted portions of the brief, as set forth in 2 B (1) of the Chambers Procedures, I hereby certify that this brief contains 315 words. In accordance with the Chambers Procedures, this certified word count is based on the word count feature in the word processing system (Microsoft Word) used to prepare this brief.

/s/ Gregory S. Menegaz

Gregory S. Menegaz
**The Inter-Global Trade Law Group PLLC**
1156 15th Street N.W.,
Suite 1101
Washington, D.C. 20005
*Counsel to Plaintiff Linyi Chengen Import and Export Co., Ltd. and Consolidated Separate Rate Plaintiffs*