**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**

| | | |
|---|---|---|
| Linyi Chengen Import and Export Co., Ltd | ) | |
| Plaintiff, | ) | |
| and | ) | |
| Celtic Co., Ltd.., et al., | ) | Consol. Ct. No. 18-00002 |
| Plaintiff-Intervenors, | ) | **PUBLIC DOCUMENT** |
| v. | ) | |
| United States | ) | |
| Defendant, | ) | |
| and | ) | |
| Coalition for Fair Trade in Hardwood Plywood | ) | |
| Defendant-Intervenor. | ) | |

**COMMENTS IN SUPPORT OF COMMERCE'S SIXTH REMAND REDETERMINATION**

Consolidated Plaintiff Zhejiang Dehua TB Import & Export Co., Ltd., ("Dehua") hereby files comments in support of the sixth remand determination submitted by the U.S. Department of Commerce ("Commerce") on October 26, 2026. Final Results of Redetermination Pursuant to Ct. Remand, *Linyi Chengen Imp. & Exp. Co. v. United States*, Consol. Ct. No. 18-00002 (Ct. Int'l Trade Dec. July 8, 2026) (Oct. 26, 2026), ECF No. 273 (P.R.R. 8).[1] Specifically, Dehua supports Commerce's decision to exclude from the antidumping duty order Zhejiang Dehua TB Import & Export Co., Ltd. and Xuzhou Jiangyang Wood Industries Co., Ltd. ("Jiangyang

[1] References to the public administrative record for the *Remand Redetermination* are shown as "PRR" (public).

Wood"). The remand redetermination is in accordance with the Court's opinion and order and should be affirmed. *Linyi Chengen Import and Export Co., Ltd., et al. v. United States*, Consol. Court No. 18-00002 (Ct. Int'l Trade Oct. 5, 2026) (ECF No. 272).

Dehua also joins in and incorporates by reference the comments submitted by counsel for Jiangyang Wood in support of the remand redetermination. We respectfully request that the Court affirm Commerce's decision to exclude Dehua and Jiangyang Wood from the antidumping duty order.

Respectfully submitted,

/s/ Stephen W. Brophy

Stephen W. Brophy
**Husch Blackwell LLP**
1801 Pennsylvania Ave., N.W.
Ste 900
Washington, DC 20006
(202) 378-2408
Email: swbrophy@huschblackwell.com

*Counsel for Consolidated Plaintiff Zhejiang Dehua TB Import & Export Co., Ltd.*

Dated: November 23, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this submission complies with the word limitation requirement. The word count for this submission, as computed by Husch Blackwell's word processing system Microsoft Word, is 182 words.

/s/ Stephen W. Brophy
Stephen W. Brophy
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW,
Suite 1000
Washington, DC 20006
stephen.brophy@huschblackwell.com
(202) 378-2408

*Counsel for Consolidated Plaintiff Zhejiang Dehua TB Import & Export Co., Ltd.*

Dated: November 23, 2026