**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**LINYI CHENGEN IMPORT AND EXPORT CO., LTD.,**

**Plaintiff,**

**and**

**CELTIC CO., LTD., *et al.*,**

**Consolidated Plaintiffs,**

**and**

**TARACA PACIFIC, INC., *et al.*,**

**Plaintiff-Intervenors,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,**

**Defendant-Intervenor.**

**Before: Hon. Jennifer Choe-Groves, Judge**

**Consol. Court No. 18-00002**

**DEFENDANT-INTERVENOR THE COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD'S COMMENTS IN SUPPORT OF COMMERCE'S SIXTH REMAND REDETERMINATION**

**Timothy C. Brightbill, Esq.**
**Jeffrey O. Frank, Esq.**
**Stephanie M. Bell, Esq.**
**Elizabeth S. Lee, Esq.**

**WILEY REIN LLP**
**2050 M Street, NW**
**Washington, DC 20036**
**(202) 719-7000**

***Counsel to the Coalition for Fair Trade in Hardwood Plywood***

**November 23, 2026**

**Consol. Ct. No. 18-00002**

On behalf of Defendant-Intervenor the Coalition for Fair Trade in Hardwood Plywood (the "Coalition"), we respectfully submit the following comments in support of certain aspects of the sixth remand determination submitted by the Department of Commerce ("Commerce") on October 26, 2026, in the subject proceeding. Final Results of Redetermination Pursuant to Ct. Remand, *Linyi Chengen Imp. & Exp. Co. v. United States*, Consol. Ct. No. 18-00002 (Ct. Int'l Trade Dec. July 8, 2026), ECF No. 273 (Oct. 26, 2026) ("Final Results"). In particular, the Coalition supports Commerce's reinstatement of the dumping margin of 183.36 percent calculated for Linyi Chengen Import and Export Co. Ltd. ("Chengen") and also applied to the non-mandatory respondents and the China-wide entity.[1] *See id.* at 8.

As Commerce explains, the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit") found that the agency's use of the intermediate input methodology in the original underlying investigation was supported by substantial evidence and remanded for this Court to direct Commerce to apply the dumping rate of 183.36 percent to Chengen and the non-mandatory respondents. *See id.* at 7. Commerce has now done so, in accordance with the Federal Circuit's decision. *See id.* at 8.

Accordingly, the Coalition supports Commerce's remand determination with regard to the reinstatement of the rate of 183.36 percent to Chengen, the non-mandatory respondents, and the China-wide entity.

---

[1] The Coalition notes that, under protest, Commerce did not assign this rate to Dehua TB Import & Export Co., Ltd. and Xuzhou Jiangyang Wood Industries Co., Ltd. *See* Final Results at 15. As explained in the Coalition's comments in opposition to Commerce's remand determination, the Coalition opposes that aspect of the agency's remand determination.

**Consol. Ct. No. 18-00002**

Respectfully submitted,

*/s/ Timothy C. Brightbill*

Timothy C. Brightbill, Esq.
Jeffrey O. Frank, Esq.
Stephanie M. Bell, Esq.
Elizabeth S. Lee, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the Coalition for Fair Trade in Hardwood Plywood*

November 23, 2026

CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this submission complies with the word limitation requirement. The word count for the Defendant-Intervenor the Coalition for Fair Trade in Hardwood Plywood's Comments in Support of Commerce's Sixth Remand Redetermination, as computed by Wiley Rein LLP's word processing system (Microsoft Word 2019), is 332 words.

*/s/ Timothy C. Brightbill*
(Signature of Attorney)

Timothy C. Brightbill
(Name of Attorney)

Coalition for Fair Trade in Hardwood Plywood
(Representative Of)

November 23, 2026
(Date)